■ MICHELE V. PUMA, Appellant, v BENJAMIN A. PUMA, Respondent. (Proceedings Nos. 1 and 2.) BENJAMIN A. PUMA, Respondent, v MICHELE V. PUMA, Appellant. (Proceedings Nos. 3-5.)—Order unanimously affirmed without costs for reasons

stated in decision of Onondaga County Family Court, Buck, J. (Appeal from order of Onondaga County Family Court, Buck, J.—custody.) Present—Callahan, J. P., Doerr, Boomer, Green, and Davis, JJ.